# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KEVIN L. SPANN,

    Plaintiff(s),

v.

ROBERT BRYANT, et al.,

    Defendant(s).

Case No.: 2:17-cv-01848-APG-NJK

**Order**

[Docket No. 19]

On October 10, 2018, the Court ordered Plaintiff to file a motion requesting service for any Defendant for whom the Attorney General's Office could not accept service. Docket No. 15 at 2-3. On October 21, 2018, the Attorney General's Office declined to accept service for Defendants Bauman and Bryant. Docket No. 16. On November 21, 2018, Plaintiff filed USM 285 Forms for service on Defendants Bauman and Bryant. Docket No. 19. The Court construes the filings of *pro se* litigants liberally, *e.g.*, *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013), and construes Plaintiff's filing of the USM 285 Forms as a motion requesting issuance of summonses and for service by the United States Marshal Service.[1] So construed, that motion is hereby **GRANTED**.

Accordingly, the Court **ORDERS** as follows:

- The United States Marshal Service shall serve the above Defendants.

---

[1] Plaintiff is advised in any future case that he should file a document entitled "Motion for Issuance of Summons and for Service."

1

- The Clerk of the Court shall issue Summons to the above Defendants under seal, and deliver the complaint and those summonses to the United States Marshal Service for service.
- The Clerk of the Court shall also deliver to the United States Marshal Service the USM 285 forms that Plaintiff filed (Docket No. 18).
- Defendants' addresses shall remain sealed and shall not be provided to Plaintiff.
- Within twenty days after receiving from the U.S. Marshal a copy of the USM-285 forms, showing whether service has been accomplished, Plaintiff must file a notice identifying whether the above Defendants were served. If Plaintiff wishes to have service again attempted on an unserved defendant, a motion must be filed identifying the unserved defendant and specifying a detailed name and/or address for said defendant, or whether some other manner of service should be attempted.
- Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, the deadline to effectuate service is extended to April 15, 2019.

IT IS SO ORDERED.

Dated: February 14, 2019

Nancy J. Koppe
United States Magistrate Judge